## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| MARGARITA CONDE | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | Jury Demanded |
| | ) | |
| ROSS STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Margarita Conde ("Plaintiff"), by her undersigned counsel, complains of Defendant, Ross Stores, Inc. ("Defendant" or "Ross"), as follows:

### Jurisdiction and Venue

1.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a). The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2.      Venue is proper in this judicial district under 28 U.S.C. §1391(a) (2), because a substantial part of events giving rise to this action occurred in Cook County, Illinois.

### The Parties

3.      Plaintiff is a 67-year-old female resident of Chicago, Illinois.

4.     Defendant, Ross, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Dublin, California, and at all times relevant herein was authorized and was doing business in the state of Illinois. Defendant may be served with process by serving its Registered Agent for service of process, CT Corporation System, 209 SO Lasalle St, Suite 814, Chicago, Illinois 60604.

## General Allegations

5.     On November 16, 2020, at approximately 4:30 PM, Plaintiff came to one of Defendant's stores located at 6560 W. Fullerton Avenue, Chicago, Illinois, shopping for a small kitchen rug.

6.     During her visit, a large rug standing on the floor fell on Plaintiff, hitting her head and right shoulder.

7.     As a result, Plaintiff was confused and debilitated, and required support from another customer to guide her to a chair so she could sit down.

8.     Following the accident, an Incident Report was prepared.

9.     Despite refusing medical assistance and calling 911 at first, Plaintiff experienced debilitating and unbearable pain, thus, she visited a doctor the next day.

10.    Medical investigation and treatment (up to this date totaling over $100,000.00) discovered several issues that were caused by the rug falling onto Plaintiff, i.e., neck pain, neck muscle spasm, acute pain of right shoulder, upper back pain, injury of right rotator cuff, and cervical radiculopathy, and eventually led to a surgery on Plaintiff's right shoulder.

11.    Despite the ongoing treatment and the surgery, Plaintiff still experiences pain and suffering and, thus, may require cervical facet injections, which will burden Mrs. Conde with even more pain.

2

12.     Due to the accident, Plaintiff abandoned activities that she enjoyed before the injury, e.g., playing with children (taking care of and playing with grandchildren), as well as her career, i.e., hair stylist due to the pain and fear of further damaging her right arm.

## CAUSE OF ACTION
### Negligence

13.     Defendant, Ross Stores, Inc., was negligent in maintaining safe conditions at and around its sales area. Specifically, Defendant was negligent in supervising the sales area at its Home Accents Department and ensuring the products are stored and displayed in a safe manner so they cannot fall onto Defendant's customers.

14.     Defendant owed a legal duty of care to Plaintiff regarding the safety and procedure of its sales area. Such duty included, but was not limited, to ensuring safety of customers entering the facility to purchase Ross' products.

15.     Defendant knew, or in the exercise of reasonable care should have known, that failing to adequately maintain safe and secure sales area, especially those with large and heavy objects at display, could have resulted in Plaintiff's injuries.

16.     Defendant's, Ross Stores, Inc., breach of duty and negligence was the direct and proximate cause of the injuries sustained by Plaintiff, and Plaintiff's resulting damages.

17.     As a direct and proximate result of Defendant's negligence, Plaintiff suffered damages allowed by law for personal injuries in an amount in excess of $75,000.

18.     Furthermore, Defendant's negligence caused Plaintiff to suffer serious and permanent personal injuries, i.e.:

        1) Medical expenses.

        2) Loss of past earning and earning capacity in the future.

3) Physical impairment.

4) Physical pain and mental anguish.

**WHEREFORE**, Plaintiff, Margarita Conde prays that this Court grant the following relief:

A. Advance this case on the docket, order a speedy hearing or trial at the earliest practical date, and cause this case to be expedited in every possible way;

B. Grant judgment in favor of Plaintiff and against Defendant for compensatory damages for emotional pain, misery, suffering, and for punitive damages in the sum of $750,000.00;

C. Award Plaintiff her costs of litigation, including witness fees and reasonable attorney's fees incurred in connection with this action; and

D. Grant Plaintiff such further and additional relief as this Court deems just and appropriate.

By:

_____

One of Plaintiff's Attorneys

Joshua N Karmel, Illinois Bar No. 6208369
Brad E Karlin, Illinois Bar No. 6307899
The Law Offices of Joshua N. Karmel
5 Revere Dr., Ste 200
Northbrook, IL 60062
847-282-4942
Jklaw1226@gmail.com
Bk.karlinlegal@gmail.com

4